IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02019-WJM-BNB

KIMBERLY GULLEY-FALZGRAF,

Plaintiff,

v.

CHERRY CREEEK SCHOOL DISTRICT NO. 5 IN THE COUNTY OF ARAPAHOE AND
STATE OF COLORADO,

Defendant.

_____

**ORDER**

_____

After reviewing the parties' confidential settlement statements, I have determined that a

settlement conference at this time would be a waste of resources.

IT IS ORDERED that the settlement conference set for April 24, 2012, at 10:00 a.m., is

VACATED.

Dated April 19, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge