**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 11-cv-02019-RM-BNB

KIMBERLY GULLEY-FALZGRAF,

 Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5, in the County of Arapahoe and State of Colorado,

 Defendant.

---

**ORDER**

---

 THIS MATTER comes before the Court *sua sponte*. Due to conflicts on the Court's calendar, the trial preparation conference set for December 19, 2013 and the six-day trial to a jury set to begin January 6, 2014 are hereby VACATED. Accordingly, on or before **12:00 p.m. on Friday, December 6, 2013**, counsel for the parties shall jointly contact the Court to reset the dates for the trial preparation conference and jury trial.

 DATED this 3rd day of December, 2013.

          BY THE COURT:

          _____
          RAYMOND P. MOORE
          United States District Judge