**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-02019-RM-BNB

KIMBERLY GULLEY-FALZGRAF,

      Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5, in the County of Arapahoe and State of
Colorado,

      Defendant.

_____

**ORDER OF DISMISSALWITH PREJUDICE**
_____

      THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with

Prejudice pursuant to Fed.R.Civ.P. 41(a)(2).  Upon review of the Stipulation and being fully

advised in the premises, the Court hereby

      ORDERS that the Stipulation for Dismissal with Prejudice is GRANTED.  The

claims for relief against the Cherry Creek School District No. 5 are hereby dismissed

with prejudice, with each party to bear her or its own attorney fees and costs as agreed

between the parties.

      DATED this 19th day of December, 2013.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge